UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PALO VERDE HEALTH CARE DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 14-mc-80326-JCS<br><br>**ORDER GRANTING REQUEST TO STRIKE**<br><br>Re: Dkt. Nos. 6, 7, 8 |

　　　　Good cause showing, Defendants' request to strike two prior filings (dkt. 8) is GRANTED. The Court hereby STRIKES Defendants' Request for Transfer of Motion (dkt. 6) and Defendants' Notice of Withdrawal of Motion (dkt. 7)

　　　　Defendants are reminded to submit proposed orders with any future motions or requests. The Court directs Defendants' attention to Civil Local Rules 5-1(g), 7-2(c), and 7-11(a).

　　　　**IT IS SO ORDERED.**

Dated: December 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge