|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| DENNIS RUTHERFORD, an individual; PETER KLUNE, an individual; and TARA BARTH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PALO VERDE HEALTH CARE DISTRICT, a public entity; TRINA SARTIN, an individual; SANDRA HUDSON, an individual; SAMUEL BURTON, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:14-mc-80326-VC<br>Magistrate Judge Joseph C. Spero<br><br>Central District Case No.:<br>EDCV13-01247 JAK (SPx)<br>Consolidated Cases:<br>EDCV13-01249 JAK (SPx)<br>EDCV13-01250 JAK (SPx)<br><br>Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Sheri Pym<br>Action Date: July 16, 2013<br><br>Discovery Cutoff:   January 2, 2015<br>Pretrial Conference: March 23, 2015<br>Trial Date:            April 7, 2015<br><br>(~~PROPOSED~~) ORDER ON JOINT REQUEST OF COUNSEL TO CONDUCT COURT-ORDERED MEET AND CONFER VIA CONFERENCE CALL |

1  Having considered the parties Joint Request to Conduct Court-Ordered Meet and Confer via
2  Conference Call, and finding good cause therein, the Court hereby Orders that the parties meet and
3  confer on or before December 12, 2014, which can be completed via telephonic conference call.
4
5
6  Dated:  12/9/14         By: /s/ Joseph C. Spero
7                              Hon. Joseph C. Spero
                              Magistrate Judge of the
8                              United State District Court,
                              Northern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28