Maria C. Roberts, SBN 137907
mroberts@sgrlawfirm.com
Alison P. Adema, SBN 149285
aadema@sgrlawfirm.com
Laura M. Brandenberg, SBN 238642
lbrandenberg@sgrlawfirm.com
SWEENEY GREENE & ROBERTS
401 West A Street, Suite 1675
San Diego, CA 92101
Telephone:  (619) 398-3400
Facsimile:   (619) 330-4907

Attorneys for Defendants Palo Verde Healthcare District,
Trina Sartin, Sandra Hudson, Samuel Burton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| DENNIS RUTHERFORD, an individual; PETER KLUNE, an individual; and TARA BARTH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PALO VERDE HEALTH CARE DISTRICT, a public entity; TRINA SARTIN, an individual; SANDRA HUDSON, an individual; SAMUEL BURTON, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:14-mc-80326-JCS<br>Magistrate Judge Joseph C. Spero<br><br>Central District Case No.:<br>EDCV13-01247 JAK (SPx)<br>Consolidated Cases:<br>EDCV13-01249 JAK (SPx)<br>EDCV13-01250 JAK (SPx)<br><br>Judge:  Hon. John A. Kronstadt<br>Magistrate Judge:  Hon. Sheri Pym<br>Action Date:  July 16, 2013<br><br>Discovery Cutoff:  January 2, 2015<br>Pretrial Conference:  March 23, 2015<br>Trial Date:  April 7, 2015<br><br>**NOTICE OF WITHDRAWAL OF REPLY AND SUPPLEMENTAL DECLARATION OF LAURA M. BRANDENBERG IN SUPPORT OF MOTION TO COMPEL [DKTS. 19, 19-1]** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN: |
| 2 | Please be advised that per the instruction of the Court, Defendant Palo Verde Healthcare |
| 3 | District hereby withdraws the Reply and Supplemental Declaration of Laura M. Brandenberg |
| 4 | Motion to Compel Steve Maron, M.D., to Produce Documents Pursuant To FRCP 45(d)(2)(B)(i) |
| 5 | (Dkt. 19 and 19-1) filed on December 12, 2014. |

DATED: December 15, 2014        SWEENEY GREENE & ROBERTS

By: */s/ Maria C. Roberts*
Maria C. Roberts
Alison P. Adema
Laura M. Brandenberg
Attorneys for Defendants
Palo Verde Healthcare District,
Trina Sartin, Sandra Hudson, and
Samuel Burton